UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :

UNITED STATES OF AMERICA          CONSENT TO TRANSFER
                                :      OF CASE FOR SENTENCE

     - v. -

                                :      13 Cr. 979(PAE)

STANLEY L. COHEN,
                                :

        Defendant.
                                :
- - - - - - - - - - - - - - - - - x

       I, STANLEY L. COHEN, defendant, having entered a plea of guilty in the above-styled case to Counts One and Two of the pending Indictment pursuant to a written plea agreement, wish to be sentenced in the United States District Court Northern District of New York (the "Northern District"). Accordingly, I hereby consent, pursuant to Fed.R.Crim.P. 20, to the transfer of this case to the Northern District, where this case will be joined and/or consolidated for sentencing purposes with the case styled <u>United States v. Stanley Cohen</u>, 12 Cr. 316 (NAM). I additionally agree to the disposition of this case in the Northern District, pursuant to the terms of the written plea

agreements reached in this case and the case pending in the Northern District before the Honorable Norman A. Mordue.

Dated: May 12, 2014

_____
STANLEY L. COHEN -- Defendant


_____
Randolph Daar, Esq.
Counsel for the Defendant


Approved:


_____
RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

Dated:   May    , 2014


_____
PREET BHARARA
United States Attorney
Southern District of New York

Dated:   May    , 2014

agreements reached in this case and the case pending in the Northern District before the Honorable Norman A. Mordue.

Dated: May   , 2014

_____
STANLEY L. COHEN -- Defendant


_____
Randolph Daar, Esq.
Counsel for the Defendant


Approved:

_____
RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

Dated:   May 12, 2014

_____
PREET BHARARA
United States Attorney
Southern District of New York

Dated:   May 22, 2014